UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LACEY WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-02248 RWS |
| ) | |
| DECA FINANCIAL SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Defendant, by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement in the above-referenced case.

    Respectfully submitted,

    SPENCER FANE BRITT & BROWNE LLP

    By: /s/ Patrick T. McLaughlin
       Patrick T. McLaughlin  #48633MO
       1 N. Brentwood Blvd., Suite 1000
       St. Louis, MO 63105
       (314) 863-7733 (telephone)
       (314) 862-4656 (facsimile)
       pmclaughlin@spencerfane.com

    Attorneys for Defendant

## Certificate of Service

The undersigned certifies that on the 25th day of January, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system, upon the following:

James W. Eason
Richard A. Voytas
Eason & Voytas, LLC
1141 South Seventh Street
St. Louis, MO 63104

Attorneys for Plaintiff

/s/ Patrick T. McLaughlin

OM 175502.1