UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LACEY WILSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:11 CV 2248 RWS |
| DECA FINANCIAL SYSTEMS, LLC, | ) |
| Defendant. | ) |

## ORDER

The Court having been advised that this action has been settled,

**IT IS HEREBY ORDERED** that the conference in this matter pursuant to Rule 16, Fed.R.Civ.P. set for February 9, 2012 is **VACATED** and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2012.