UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LACEY WILSON | ) |
| Plaintiff, | ) |
| v. | ) Case No. 11-cv-02248-RWS |
| DECA FINANCIAL SERVICES, LLC | ) |
| Defendant. | ) |

*So Ordered*
*[signature] USDJ*
*2/16/12*

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendant, by and through their respective counsel, and inform this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all parties consent and stipulate to the dismissal of this action with prejudice. The parties respectfully request that this Court enter an Order dismissing this suit with prejudice and terminating this litigation.

EASON & VOYTAS, LLC

s/ James W. Eason
_____
JAMES W. EASON, #MO57112
RICHARD A. VOYTAS, #MO52046
Eason & Voytas, LLC
One North Taylor Avenue
Saint Louis, Missouri 63108
Phone: (314) 932-1066
Fax:    (314) 667-3161

s/ Patrick T. McLaughlin
_____
SPENCER FANE BRITT & BROWNE LLP
Patrick T. McLaughlin
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105
(314) 863-7733 (Telephone)
(314) 862-4656 (Facsimile)

1

## CERTIFICATION

The below signature certifies that on February 15, 2012 the foregoing was served pursuant to Federal and local rules by e-mail to the following counsel of record:

SPENCER FANE BRITT & BROWNE LLP
Patrick T. McLaughlin
1 North Brentwood Boulevard, Suite 1000
St. Louis, MO 63105
(314) 863-7733 (Telephone)
(314) 862-4656 (Facsimile)
pmclaughlin@spencerfane.com


                                        /s/James W. Eason